**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Mag. No. 15-7085 (CLW) |
| : | |
| HARI KARNE : | ORDER FOR CONTINUANCE |
| : | |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Anthony Moscato, Assistant United States Attorney, appearing), and the Defendant Hari Karne (Lisa Mack, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter; and the Defendant being aware that she has the right under 18 U.S.C. § 3161(b) to have the matter presented to a Grand Jury within thirty (30) days of her arrest; and the Defendant through her attorney having consented to this second continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and the United States and the Defendant seek additional time to negotiate a plea agreement, which would thereby render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this 3rd day of Sept, 2015,

ORDERED that the proceedings in the above-captioned matter are continued from the date this order is signed through, and including, October 29, 2015; and

IT IS FURTHER ORDERED that the aforementioned period shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. CATHY L. WALDOR
United States Magistrate Judge

Consented and Agreed to by:

_____
Lisa Mack, Esq.
Counsel for Hari Karne

_____
Anthony Moscato
Assistant United States Attorney

Approved by:

_____
John Gay
Deputy Chief, Criminal

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this _____ day of _____, 2015,

ORDERED that the proceedings in the above-captioned matter are continued from the date this order is signed through, and including, October 29, 2015; and

IT IS FURTHER ORDERED that the aforementioned period shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. CATHY L. WALDOR
United States Magistrate Judge

Consented and Agreed to by:

_____
Lisa Mack, Esq.
Counsel for Hari Karne

_____
Anthony Moscato
Assistant United States Attorney

Approved by:

_____
John Gay
Deputy Chief, Criminal